**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

KEITHEN L. JONES
ADC #85316                                                                                           PLAINTIFF

V.                                      4:05CV01092 SWW/HDY

JOHN DOE SUPERVISOR OF THE ARKANSAS
SOCIAL SECURITY ADMINISTRATION; MARY
JACKSON; LEONETTE JONES, Processor, Tennessee
Pride; and VICKIE ROBINSON, Beautician,
Top of the Line Beauty Shop                                                                DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.  This dismissal constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 23rd day of August, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE